**Order filed December 29, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00625-CV
_____

**JENNIFER LYN GRAY, Appellant**

**V.**

**ROBERT CHRISTIAN IVERSEN, M.D. AND RIMA JOFFRION, NP; EMPLOYEES, Appellees**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2020-71087**

---

## ORDER

The notice of appeal in this case was filed August 25, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On November 15, 2022, after the appeal was reinstated, appellant was ordered to pay for the clerk's record and provide proof of payment within fifteen days; it was further instructed that the clerk's record was

due within 30 days. Appellant did not file any response, and the trial court clerk informed this court that appellant still has not made payment arrangements for the record. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court within ten (10) days of the date of this order arrangements have been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.